IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01086-BNB

DANNY N. LUCERO,
    Plaintiff,

v.

COLORADO D.O.C. CENTRAL OFFICE,
COLORADO D.O.C. MEDICAL CENTRAL OFFICE,
D.O.C. DIRECTOR A. ZAVARAS,
CTCF WARDEN ABBOTT,
CTCF MEDICAL DEPT.,
SCF WARDEN R. SOARS,
SCF MEDICAL DEPT., and
DRDC MEDICAL DEPT.,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 0 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Danny N. Lucero, is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility at Cañon City, Colorado. Mr. Lucero has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his constitutional rights have been violated. The court must construe the complaint liberally because Mr. Lucero is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Lucero will be ordered to file an amended complaint.

The court has reviewed Mr. Lucero's complaint and finds that it is deficient. First, it is not clear who the Defendants in this action are. More specifically, it is not clear who

Mr. Lucero intends to sue with respect to the Defendants he identifies as Colorado D.O.C. Central Office, Colorado D.O.C. Medical Central Office, CTCF Medical Dept., SCF Medical Dept., and DRDC Medical Dept., because these offices and departments are not persons subject to suit in this § 1983 action. Mr. Lucero is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Lucero should name as Defendants the persons he believes actually violated his constitutional rights.

In addition, Mr. Lucero fails to allege facts to demonstrate that each named Defendant personally participated in the asserted constitutional violations. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Lucero must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

For these reasons, Mr. Lucero will be directed to file an amended complaint. Mr. Lucero must clarify who he is suing in this action and he must allege facts that demonstrate how each named Defendant personally participated in the asserted

constitutional violations. Accordingly, it is

ORDERED that Mr. Lucero file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Lucero, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Lucero fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED June 20, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01086-BNB

Danny N. Lucero
Prisoner No. 125518
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 6/20/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk